UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON NEWBY,<br><br>                                    Plaintiff,<br><br>v.<br><br>SOLAR INTEGRATED ROOFING<br>CORP., DAVID MASSEY, DOES 1<br>through 25,<br><br>                                    Defendants. | Case No.:  23cv142-LL-MSB<br><br>**ORDER GRANTING JOINT<br>MOTION TO EXTEND<br>DEFENDANTS' TIME TO RESPOND<br>TO COMPLAINT**<br><br>**[ECF No. 6]** |

On March 9, 2023, the parties filed a joint motion requesting an extension of time for Defendants Solar Integrated Roofing Corp. and David Massey (collectively, "Defendants") to respond to Plaintiff Jason Newby's ("Plaintiff") Complaint.[1] ECF No. 6. Good cause appearing, the Court **GRANTS** the joint motion. Defendants shall file a response to Plaintiff's Complaint on or before **March 20, 2023**.

   **IT IS SO ORDERED.**

Dated:  March 10, 2023

_____
Honorable Linda Lopez
United States District Judge

_____

[1] In the future, the parties must move for an extension of time before the deadline.